IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| SHONDRA WILLIAMS, | § | |
|     Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:19-cv-370 |
| | § | |
| THE KROGER COMPANY, | § | |
|     Defendant. | § | |

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS**

The undersigned counsel of record certifies that the following persons have an interest in the outcome of this case. These representations are made in order that the judges of this court may evaluate possible disqualification or recusal.

Shondra Williams – Plaintiff

Seth P. Crosland – Attorney of record for Plaintiff

Crosland Law Firm, PLLC – Law firm of Plaintiff's counsel

Kroger Texas L.P. – Defendant

KRGP, Inc. – Partner in Kroger Texas L.P.

KRLP, Inc. – Partner in Kroger Texas L.P.

Sedgwick Claim Services – Third-party adjuster for Kroger Texas L.P.

B. Kyle Briscoe, Hope Zimlich Miranda – Attorneys of record for Kroger Texas L.P.

Peavler|Briscoe – Law firm of Defendant's counsel.

Respectfully submitted,

/s/ Hope Zimlich Miranda

**B. Kyle Briscoe**
State Bar No. 24069421
kbriscoe@peavlerbriscoe.com
**Hope Zimlich Miranda**
State Bar No. 24084146
hmiranda@peavlerbriscoe.com
**PEAVLER|BRISCOE**
2215 Westgate Plaza
Grapevine, Texas 76051
214-999-0550 (telephone)
214-999-0551 (facsimile)

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record in this cause in accordance with the Texas Rules of Civil Procedure on May 2, 2019.

/s/ Hope Zimlich Miranda
Hope Zimlich Miranda